JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **LUDIN MANURUNG,** | ) | Case No. CV 08-8283 MMM (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **MICHAEL MUKASEY,** | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice to petitioner's ability to exhaust his administrative remedies.

Dated: June 22, 2009

_____
Margaret M. Morrow
United States District Judge